PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**FILED**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

JUL 1 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:03CR00430-01 |
| ) | |
| DEWIGHT FRANCIS KRAMER, SR. ) | |

On November 12, 2004, the above-named was placed on supervised release for a period of 24 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA
United States Probation Officer**

Dated:   July 17, 2006
         Sacramento, California
         KMM:jz

**REVIEWED BY:**   */s/ Kyp M.*

**KYRIACOS M. SIMONIDIS
Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:   **DEWIGHT FRANCIS KRAMER, SR.**
      Docket Number:  2:03CR00430-01
      **ORDER TERMINATING SUPERVISED**
      **RELEASE PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the releasee be discharged from supervised release, and that the proceedings in the case be terminated.

JUL 18 2006

**Date**

Garland E. Burrell, Jr.
**United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office

Rev. 03/2005
PROB35.MRG

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: 2:03CR00430-01
)
DEWIGHT FRANCIS KRAMER, SR. )
)

### LEGAL HISTORY:

On November 12, 2004, the above-named was placed on supervised release for a period of two years. Special conditions included financial restrictions and disclosure, home detention for a period of 120 days, and cooperation withe the Internal Revenue Service.

### SUMMARY OF COMPLIANCE:

Since his release from custody, Dewight Francis Kramer, Sr. has been supervised by the United States Probation Office in the District of Arizona. According to the supervising probation officer, Mr. Kramer has complied with all conditions and special conditions of supervision and has not been involved in any further criminal activities. He has paid his $100 special assessment and $15,000 fine in full. It is the opinion of the supervising probation officer that Mr. Kramer has derived maximum benefit from supervision and is not in need of continued supervision.

1

Rev. 03/2005
EARLITRM.MRG

Re: **DEWIGHT FRANCIS KRAMER, SR.**
Docket Number: 2:03CR00430-01
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

### RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

*/s/ Kris Miura*

**KRIS M. MIURA**
**United States Probation Officer**

Dated:   June 26, 2006
         Sacramento, California
         KMM:jz

**REVIEWED BY:**   */s/ Kyriacos M. Simonidis*

**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

cc:   AUSA (Pursuant to Rule 32, notice of proposed relief to the probation is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)